

FILED
04/20/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0102



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0102

**FILED**

APR 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BRIAN D. SMITH,

   Petitioner and Appellant,

  v.

**GRANT OF EXTENSION**

STATE OF MONTANA,

   Respondent and Appellee.

 Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 29, 2020, to prepare, file, and serve the opening brief.

DATED this April 20, 2020

            Bowen Greenwood
            Clerk of the Supreme Court

c:  Brian D. Smith, Timothy Charles Fox, Kirsten H. Pabst